CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|    Plaintiff-Respondent, | ) | Case No. 7:06-cr-00009-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHAD ALLEN REEVES, | ) | |
|    Defendant-Petitioner. | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |

In accordance with the Memorandum Opinion issued this day, Defendant Chad Allen Reeves's Motion to Enforce Agreement (ECF No. 107), Motion for Preparation of Transcripts at Government Expense (ECF No. 120), and Rule 60(b)(6) Motion to Vacate Judgment (ECF No. 125) are **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Mr. Reeves and to counsel for the United States.

**IT IS SO ORDERED.**

ENTER: This 29th day of June, 2012.

/s/ James C. Turk
Senior United States District Judge